**No. 63175.**—Manca, Inc. *v.* United States, protests 58/18647, 58/19753, and 58/19761 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photographic cameras similar in all material respects to the merchandise involved in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), the claim of the plaintiff was sustained.

**No. 63176.**—E. Leitz, Inc. *v.* United States, protests 268090–K, 268091–K, and 252920–K (New York).

Opinion by OLIVER, C. J. On the agreed facts, protest 268090–K was dismissed as to the items marked "B," covered by entries 865418 and 21183, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U.S.C. § 2636(d)). The items marked "C," stipulated to consist of parts of photographic cameras similar in all material respects to the merchandise involved in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), were held dutiable at 20 percent under paragraph 1551, as claimed.

BEFORE THE SECOND DIVISION, JUNE 16, 1959

**No. 63177.**—The Durst Mfg. Co., Inc. *v.* United States, protests 58/12373, 58/12475, and 58/13143 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C.D. 1778), the claim of the plaintiff was sustained.

**No. 63178.**—Holy Trinity Greek Orthodox Church *v.* United States, protest 58/10579 (New York).

Opinion by LAWRENCE, J. The protest was dismissed.